# Notice Recipients

District/Off: 0970–2  User: mccormij  Date Created: 5/21/2015
Case: 2:15–bk–06286–BKM  Form ID: b9a  Total: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
13536669   CELL PHONE
13536671   LANDLORD
                                                                                        TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          BRIAN HARVEY ISBELL        9010 N. 9TH ST. #8        PHOENIX, AZ 85020
tr          ROBERT A. MACKENZIE        2001 E. CAMPBELL AVE., SUITE 200        PHOENIX, AZ 85016
aty         MATTHEW ROBERT HARTLEY        THE HARTLEY LAW CENTER PLLC        11225 N 28TH DR #B103        PHOENIX, AZ 85029
smg         AZ DEPARTMENT OF REVENUE        BANKRUPTCY &LITIGATION        1600 W. MONROE, 7TH FL.        PHOENIX, AZ 85007–2650
13536668    ARIZONA DEPARTMENT OF REVENUE        1600 W MONROE STREET        Phoenix AZ 85007
13536670    INTERNAL REVENUE SERVICES        P.O. BOX 7346        Philadelphia PA 19101
                                                                                        TOTAL: 6