In re:                                                          Case No. 15-06286-BKM
BRIAN HARVEY ISBELL                                             Chapter 7
       Debtor              **CERTIFICATE OF NOTICE**

District/off: 0970-2        User: venturaam         Page 1 of 2         Date Rcvd: Oct 08, 2015
                            Form ID: b18            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2015.
```
db              +BRIAN HARVEY ISBELL,    2119 W PICCADILLY RD,    PHOENIX, AZ 85015-5358
13567201       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: A H F C,    201 Little Falls Dr,    Wilmington DE 19808)
13567203        +BLATT,HASENMILLER, LEIBSKER & MOORE,    2702 N. 3RD ST., STE 2010,    Phoenix AZ 85004-4606
13567204        +Bureau Of Med Econcs,    326 E Coronado Rd,    Phoenix AZ 85004-1524
13567212        +DREAMY DRAW JUSTICE COURT,    18380 N. 40TH ST.,    Phoenix AZ 85032-1446
13567213        +Fair Collections & Out,    12304 Baltimore Ave Ste,    Beltsville MD 20705-1314
13567214        +First Choice Bank/Cws,    840 Route 33,    Mercerville NJ 08619-4413
13567215        +HAMMERMAN & HULTGREN, PC,    3101 N. CENTRAL,    SUITE 500,    Phoenix AZ 85012-2639
13567217        +Kenneth Eisen & Assoc,    777 E Missouri Ave Ste 1,    Phoenix AZ 85014-2830
13567219        +Management Support,    1800 E Deere Ave,    Santa Ana CA 92705-5721
13567221        +Onemain,    Po Box 499,   Hanover MD 21076-0499
13567222        +Pncbank,    2730 Liberty Ave,    Pittsburgh PA 15222-4747
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: BRAMACKENZIE.COM Oct 08 2015 21:48:00      ROBERT A. MACKENZIE,
                 2001 E. CAMPBELL AVE., SUITE 200,    PHOENIX, AZ 85016-5574
smg              EDI: AZDEPREV.COM Oct 08 2015 21:53:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
                 1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
13536668        +EDI: AZDEPREV.COM Oct 08 2015 21:53:00      ARIZONA DEPARTMENT OF REVENUE,
                 1600 W MONROE STREET,    Phoenix AZ 85007-2650
13567205         EDI: CAPITALONE.COM Oct 08 2015 21:53:00      Cap One,    Po Box 85015,    Richmond VA 23285
13567206        +EDI: CAPITALONE.COM Oct 08 2015 21:53:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond VA 23238-1119
13567209        +EDI: CHASE.COM Oct 08 2015 21:48:00      Chase Card,    201 N Walnut Street Mailstop De1-1027,
                 Wilmington DE 19801-2920
13567208        +EDI: CHASE.COM Oct 08 2015 21:48:00      Chase Card,    Po Box 15298,    Wilmington DE 19850-5298
13567210        +EDI: RCSFNBMARIN.COM Oct 08 2015 21:48:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas NV 89193-8875
13567211        +EDI: DISCOVER.COM Oct 08 2015 21:48:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington DE 19850-5316
13536670        +EDI: IRS.COM Oct 08 2015 21:53:00      INTERNAL REVENUE SERVICES,    P.O. BOX 7346,
                 Philadelphia PA 19101-7346
13567220        +EDI: MID8.COM Oct 08 2015 21:48:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego CA 92123-2255
13567223         EDI: PRA.COM Oct 08 2015 21:48:00      PORTFOLIO RECOVERY ASSOCIATES,    120 CORPORATE BLVS,
                 Norfolk VA 23502
13567224        +E-mail/Text: Bankruptcy@redfcu.org Oct 08 2015 22:17:05     Redstone Fcu,    220 Wynn Dr Nw,
                 Huntsville AL 35893-0001
13567225        +EDI: AMSOUTH.COM Oct 08 2015 21:53:00      Region/Ams,    Po Box 11007,
                 Birmingham AL 35288-0001
13567226        +EDI: RMSC.COM Oct 08 2015 21:53:00      Syncb/Chevron,    Po Box 965015,    Orlando FL 32896-5015
13567227        +EDI: RMSC.COM Oct 08 2015 21:53:00      Syncb/Paypal Smart Con,    Po Box 965005,
                 Orlando FL 32896-5005
13567228         EDI: USBANKARS.COM Oct 08 2015 21:53:00      U S Bank,    101 5th St E Ste A,
                 Saint Paul MN 55101
13567229        +EDI: WESTASSET.COM Oct 08 2015 21:48:00      West Asset Management,    2703 N Highway 75,
                 Sherman TX 75090-2567
                                                                                               TOTAL: 18
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13567200          1stheritag
13536669          CELL PHONE
13567207          CELL PHONE
13536671          LANDLORD
13567218          LANDLORD
13567202*        +ARIZONA DEPARTMENT OF REVENUE,    1600 W MONROE STREET,    Phoenix AZ 85007-2650
13567216*        +INTERNAL REVENUE SERVICES,    P.O. BOX 7346,    Philadelphia PA 19101-7346
                                                                                       TOTALS: 5, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2015                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2015 at the address(es) listed below:
              MATTHEW ROBERT HARTLEY    on behalf of Debtor BRIAN HARVEY ISBELL carmen@hartleylawpllc.com,
               hartlawcal@gmail.com;matt@hartleylawpllc.com;rob@hartleylawpllc.com
              ROBERT A. MACKENZIE    ram@ramlawltd.com, az26@ecfcbis.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 3

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. **2:15−bk−06286−BKM**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   BRIAN HARVEY ISBELL
   2119 W PICCADILLY RD
   PHOENIX, AZ 85015

Social Security / Individual Taxpayer ID No.:
   xxx−xx−9874

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                BY THE COURT

Dated: 10/7/15                 Brenda K. Martin
                                 United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**